IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DEVONNE UDELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 321-016 |
| | ) | |
| VANCE LAUGHLIN; | ) | |
| LUTHER WILKELS; and | ) | |
| EDWARD WILLIAMS, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**
_____

Before the Court is Plaintiff's Request for A Temporary Restraining Order, wherein Plaintiff requests the Court issue a temporary restraining order against Deputy Warden Jones and Jane Doe, officials in the business office at Wilcox State Prison, for refusing to give him a copy of his Inmate Account.  (Doc. no. 3.)  On March 25, 2021, the Court received a certified copy of Plaintiff's trust fund account statement in compliance with the Court's March 1, 2021 Order.  (See doc. no. 6.)  Therefore, the Court **REPORTS** and **RECOMMENDS** Plaintiff's Request for A Temporary Restraining Order be **DENIED AS MOOT**.  (Doc. no. 3).

SO REPORTED and RECOMMENDED this 26th day of March, 2021, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA