IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DEVONNE UDELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 321-016 |
| | ) | |
| VANCE LAUGHLIN; | ) | |
| LUTHER WILKELS; and | ) | |
| EDWARD WILLIAMS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES AS MOOT** Plaintiff's Request for A Temporary Restraining Order. (Doc. no. 3.)

SO ORDERED this 21st day of April, 2021, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE