IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

DEVONNE UDELL, )
 )
    Plaintiff, )
 )
v. ) CV 321-016
 )
VANCE LAUGHLIN; )
LUTHER WILKELS; and )
EDWARD WILLIAMS, )
 )
    Defendants. )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Warden Laughlin and Defendant Wilkels, along with all official capacity claims for money damages against all Defendants. The case shall proceed against Defendant Williams as described in the Magistrate Judge's May 25, 2021 Order. (See doc. no. 15.)

SO ORDERED this 21 day of June, 2021, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE