IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DEVONNE UDELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 321-016 |
| | ) | |
| EDWARD WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

_____

**O R D E R**
_____

Plaintiff is proceeding *pro se* and *in forma pauperis* in this case filed pursuant to 42 U.S.C. § 1983. Before the Court are Plaintiff's motion for an extension of time to answer and produce documents, (doc. no. 28-1), and Plaintiff's motion for subpoenas, (doc. no. 28-2). For the reasons explained below, the motion for an extension of time to answer and produce documents is **MOOT**, and the Court **DENIES** the motion for subpoenas.

As the Court explained in its May 25, 2021 Order, discovery materials are not routinely filed with the Court. (Doc. no. 15, p. 4.) Should Plaintiff wish for more time to respond to Defendant's discovery requests, Plaintiff must first make such a request to Defendant, not the Court. See generally Fed. R. Civ. P. 26 through 37 (containing the rules governing discovery and providing for the basic methods of discovery). Nonetheless, because Defendant consented to the deadline extension in its response brief, (doc. no. 29), Plaintiff's motion is **MOOT**. (Doc. no. 28-1.) Plaintiff is reminded he must also adhere to

the deadlines set in the Scheduling Notice issued by the Clerk of Court on July 13, 2021. (See doc. no. 25.)

Additionally, Plaintiff asks the Court for a copy of his original complaint. (Doc. no. 28-2.) Plaintiff must maintain a set of records for the case. If papers are lost and new copies are required, these may be obtained from the Clerk of the Court at the standard cost of fifty cents per page. (Doc. no. 15.) See Wanninger v. Davenport, 697 F.2d 992, 994 (11th Cir. 1983) ("A prisoner's right of access to the court does not include the right of free unlimited access to a photocopying machine . . . ."); see also Jackson v. Florida Dep't of Fin. Servs., 479 F. App'x 289, 292-93 (11th Cir. 2012) ("This Court has never held that a prisoner's right of access to the courts entitles a prisoner-plaintiff, even one proceeding *in forma pauperis*, to free copies of court documents, including his own pleadings.")

Regarding Plaintiff's motion for subpoenas, pursuant to a standing Order in the Southern District of Georgia, "Subpoenas will not be issued to any party litigant who is incarcerated in a jail or prison." In re Subpoenas, MC 496-006 (S.D. Ga. Jan. 16, 1996). Thus, Plaintiff is not entitled to have subpoenas issued to him, and he should request discovery from Defendants during the discovery period. Accordingly, the Court **DENIES** the motion. (Doc. no. 28-2.)

SO ORDERED this 9th day of September, 2021, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA