IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DEVONNE UDELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 321-016 |
| | ) |
| EDWARD WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 58.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendant's motion for summary judgment, (doc. no. 45), **DENIES** Plaintiff's motion to dismiss, (doc. no. 50), **DENIES** Plaintiff's motion for payment obligation, (doc. no. 53), **DIRECTS** the Clerk to **ENTER** final judgment in favor of Defendant, and **CLOSES** this civil action.

SO ORDERED this 26th day of October, 2022, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE